```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EYYUP DOGAN,

                            Plaintiff,                19-CV-5715 (PAE)(SN)

        -against-                                     DISCOVERY
                                                      CONFERENCE ORDER
ALI BABA'S TERRACE, INC., et al.,

                            Defendants.

------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference to discuss the issues raised by Defendants' February 4, 2020 Letter Motion is scheduled for Tuesday, February 25, 2020, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. Plaintiff may address Defendants' motion for discovery by filing a brief letter with the Court by no later than Monday, February 10, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 5, 2020
         New York, New York

CC:      Eyyup Dogan
         219 East 85th Street
         Apt. 5RE
         New York, NY 10028

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/5/2020*