UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EYYUP DOGAN,

                                 Plaintiff,

              -against-

ALI BABA'S TERRACE, INC., et al.,

                                 Defendants.

-----------------------------------------------------------------X

19-CV-5715 (PAE)(SN)

**DISCOVERY CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2020

**SARAH NETBURN, United States Magistrate Judge:**

      By letters dated February 11, 2020 (ECF No. 28), and February 12, 2020 (ECF No. 29), Defendants request to reschedule the discovery conference on Tuesday, February 25, 2020, and advise that all parties are available on Wednesday, February 26, 2020 at 2:00 p.m. Accordingly, the discovery conference is RESCHEDULED to Wednesday, February 26, 2020 at 2:00 p.m.

**SO ORDERED.**

DATED:     February 20, 2020
                New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

CC:     Eyyup Dogan (*By Chambers*)
        219 East 85th Street
        Apt. 5RE
        New York, NY 10028