**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/26/2020 __

EYYUP DOGAN,

                                    Plaintiff,                    **19-CV-05715 (PAE)(SN)**

            -against-                                             **ORDER**

**ALI BABA'S TERRACE, INC., et al.,**

                                    Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

         For the reasons stated on the record at today's conference, the Court enters the following

schedule:

- By Friday, February 28, 2020, Defendant shall provide Plaintiff at least five proposed dates and times to take his deposition. By Monday, March 2, 2020, Plaintiff shall respond by indicating which of the proposed dates and times he can make himself available.

- By Friday, February 28, 2020, Plaintiff shall serve his complete discovery responses and required disclosures.

- By Monday, March 2, 2020, Plaintiff shall serve his discovery demands, if any, on Defendant.

- All discovery shall be completed by March 31, 2020.

- By April 15, 2020, any party who wishes to move for summary judgment shall file a pre-motion letter with the Hon. Paul A. Engelmayer.

         Absent a demonstration of good cause made well in advance, the Court does not anticipate

extending these deadlines.

**SO ORDERED.**

                                    _____
                                    SARAH NETBURN
                                    United States Magistrate Judge

DATED:      February 26, 2020
            New York, New York

cc:        Eyyup Dogan (*By Chambers*)
219 East 85th Street
Apt. 5RE
New York, NY 10028