USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EYYUP DOGAN,

                              Plaintiff,                    19-CV-05715 (PAE)(SN)

          -against-                                       **ORDER**

ALI BABA'S TERRACE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Due to the Plaintiff's failure to appear at the discovery conference held by phone today, the Court did not address the discovery issues raised by Defendants' March 13, 2020 Letter. The parties are directed to meet and confer regarding those issues as well as any other remaining discovery issues. The parties shall file a joint letter by April 3, 2020, updating the Court as to the status of discovery, including an outline of any outstanding disputes. Mr. Dogan is reminded that he is required to participate in the litigation of his case, including by partaking in the meet and confer process and by complying with all Court orders.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     March 30, 2020
                New York, New York

CC:        Eyyup Dogan (*By Chambers*)
             219 East 85th Street
             Apt. 5RE
             New York, NY 10028
             doganeyyup@gmail.com