UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EYYUP DOGAN,

                         Plaintiff,

        -against-

ALI BABA'S TERRACE, INC., et al.,

                         Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/15/2020

19-CV-5715 (PAE)(SN)

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 14, 2020, the Court held a discovery conference by telephone to address Defendants' April 30, 2020 Letter, and to resolve outstanding issues raised by the Defendants' March 13, 2020 Letter. Defendants requests are GRANTED in part and DENIED in part.

Defendants' motion for discovery is GRANTED in part. For reasons stated on the record at the conference, by no later than May 22, 2020, Plaintiff is directed to provide authorized releases for (1) any and all medical providers consulted in connection with any claims of distress arising from the conduct at issue in this case; and (2) the personnel file for his employment beginning October 2016. Plaintiff is further directed to search his social media accounts, including any Instagram or Facebook accounts, and to produce any posts referencing his employment with Defendants or any emotional distress resulting therefrom. Plaintiff is reminded that if he fails to comply with the Court's discovery orders, he may be precluded from seeking certain damages.

Defendants' request for sanctions for Plaintiff's failure to produce discovery is DENIED without prejudice.

If Plaintiff believes Defendants have failed to respond to discovery demands, after a meet and confer with the defense counsel he may file a letter outlining those deficiencies. Plaintiff's letter shall be due by May 22, 2020. In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov/prose.

## CONCLUSION

Plaintiff's document production in compliance with this Order shall be due by May 22, 2020. Plaintiff may file a discovery letter in compliance with this Order by May 22, 2020. Defendants may respond to Plaintiff's letter by May 27, 2020. All discovery will close July 1, 2020. The Court will not grant extensions to these deadlines. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 33, 38, 39 and 40.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 15, 2020
         New York, New York

CC:      Eyyup Dogan (*By Chambers*)
         219 East 85th Street
         Apt. 5RE
         New York, NY 10028